# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1204**

**CAF 12-00492**

PRESENT: SMITH, J.P., PERADOTTO, LINDLEY, VALENTINO, AND WHALEN, JJ.

---

IN THE MATTER OF LEBRAUN H.
------------------------------------------
ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES,      MEMORANDUM AND ORDER
PETITIONER-RESPONDENT;

BRENDA H., RESPONDENT-APPELLANT.
(APPEAL NO. 2.)

---

DAVID J. PAJAK, ALDEN, FOR RESPONDENT-APPELLANT.

JOSEPH T. JARZEMBEK, BUFFALO, FOR PETITIONER-RESPONDENT.

AYOKA A. TUCKER, ATTORNEY FOR THE CHILD, BUFFALO.

---

Appeal from an order of the Family Court, Erie County (Margaret O. Szczur, J.), entered February 29, 2012 in a proceeding pursuant to Family Court Act article 10.  The order, among other things, adjudged that respondent is to complete sex offender and parenting programs.

It is hereby ORDERED that the order so appealed from is unanimously vacated on the law without costs.

Same Memorandum as in *Matter of Lebraun H.* ([appeal No. 1] ___ AD3d ___ [Nov. 15, 2013]).

Entered:  November 15, 2013          Frances E. Cafarell
                                     Clerk of the Court